# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

151310

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ZOUELFIKAR MAHMOUD NEHMEH,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC:  151310
COA:  324096
Wayne CC:  05-010832-FH;
                    08-003200-FC;
                    08-003209-FC

On order of the Court, the application for leave to appeal the March 12, 2015 order of the Court of Appeals is considered and, it appearing to the Court that the case of *People v Roark* (Docket No. 152562) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



Clerk

p0620